UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth Wiley and Kevin Wiley, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, Chassity Ashford, Sherron Ashford, Wayne Germond, Nicholas Guerrero, Danielle Hernandez, Charisma Kyles, Jordan Larson, Keeshara Perry, Paris Pollard, Latosha Skinner, Estan Tyler, Andrea Weathersby, Ernest Whitmore, and Kevaughn Wiley,<br><br>      Plaintiffs,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, Fleet Farm Wholesale Supply Co. LLC, and Truck Yard – SP LLC, | Case No.: 0:24-cv-04135-LMP-JFD<br><br>**DEFENDANT TRUCK YARD – SP LLC'S MOTION TO DISMISS** |

Defendant Truck Yard – SP LLC, through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Plaintiffs' claims asserted against Truck Yard – SP LLC.

Said motion is based upon all pleadings, files, records, memoranda of law, affidavits of counsel, arguments of counsel, exhibits and proceedings herein.

Dated:  December 9, 2024         By: s/Samantha P. Flipp_____
                                                       Steven E. Tomsche, Esq.# (190561)
                                                       Samantha P. Flipp, Esq. (#0505021)
                                                       **TOMSCHE, SONNESYN & TOMSCHE, P.A.**
                                                       1000 Shelard Parkway, Suite 400
                                                       Minneapolis, MN 55426
                                                       Telephone: (763) 521-4499
                                                       Email: stomsche@tstlaw.com
                                                                      sflipp@tstlaw.com

*Attorneys for Defendant*
*Truck Yard – SP LLC*