UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth Wiley and Kevin Wiley, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, Chassity Ashford, Sherron Ashford, Wayne Germond, Nicholas Guerrero, Danielle Hernandez, Charisma Kyles, Jordan Larson, Keeshara Perry, Paris Pollard, Latosha Skinner, Estan Tyler, Andrea Weathersby, Ernest Whitmore, and Kevaughn Wiley,<br><br>        Plaintiffs,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, Fleet Farm Wholesale Supply Co. LLC, and Truck Yard – SP LLC,<br><br>        Defendants. | Case No.:  0:24-cv-04135-LMP-JFD<br><br><br>**FLEET FARM'S<br>MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (together, "Fleet Farm"), hereby move this Court for an order dismissing all claims against Fleet Farm in Plaintiffs' Complaint with prejudice. This Motion is based on all the files, records, and proceedings herein, as well as the memorandum of law and supporting documents filed herewith.

|  |  |
|---|---|
| Dated: December 9, 2024 | /s/ *Andrew W. Davis* |
|  | Todd A. Noteboom (#0240047) |
|  | Andrew W. Davis (#0386634) |
|  | Andrew P. Leiendecker (#0399107) |
|  | Zachary J. Wright (#0402945) |
|  | STINSON LLP |
|  | 50 South Sixth Street, Suite 2600 |
|  | Minneapolis, MN 55402 |
|  | (612) 335-1500 |
|  | todd.noteboom@stinson.com |
|  | andrew.davis@stinson.com |
|  | andrew.leiendecker@stinson.com |
|  | zachary.wright@stinson.com |
|  | ***Attorneys for Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC*** |