UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth Wiley and Kevin Wiley, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, Chassity Ashford, Sherron Ashford, Wayne Germond, Nicholas Guerrero, Danielle Hernandez, Charisma Kyles, Jordan Larson, Keeshara Perry, Paris Pollard, Latosha Skinner, Estan Tyler, Andrea Weathersby, Ernest Whitmore, and Kevaughn Wiley,<br><br>              Plaintiffs,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, Fleet Farm Wholesale Supply Co. LLC, and Truck Yard – SP LLC,<br><br>              Defendants. | Case No.: 0:24-cv-04135-LMP-JFD<br><br>**NOTICE OF HEARING ON FLEET FARM'S MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, in accordance with Local Rule 7.1 and Judge Provinzino's practice pointers, Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (together, "Fleet Farm") will move this Court for an order dismissing all of Plaintiffs' claims against Fleet Farm, with prejudice, at a date and time to be determined by Judge Provinzino. The hearing will take place at the United States District Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101.

- 2 -

Dated:  December 9, 2024        */s/ Andrew W. Davis*
                                Todd A. Noteboom (#0240047)
                                Andrew W. Davis (#0386634)
                                Andrew P. Leiendecker (#0399107)
                                Zachary J. Wright (#0402945)
                                STINSON LLP
                                50 South Sixth Street, Suite 2600
                                Minneapolis, MN 55402
                                (612) 335-1500
                                todd.noteboom@stinson.com
                                andrew.davis@stinson.com
                                andrew.leiendecker@stinson.com
                                zachary.wright@stinson.com

                                ***Attorneys for Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC***