UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth Wiley and Kevin Wiley, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, Chassity Ashford, Sherron Ashford, Wayne Germond, Nicholas Guerrero, Danielle Hernandez, Charisma Kyles, Jordan Larson, Keeshara Perry, Paris Pollard, Latosha Skinner, Estan Tyler, Andrea Weathersby, Ernest Whitmore, and Kevaughn Wiley,<br><br>        Plaintiffs,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, Fleet Farm Wholesale Supply Co. LLC, and Truck Yard – SP LLC,<br><br>        Defendants. | Case No.:  0:24-cv-04135-LMP-JFD<br><br>FLEET FARM'S LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE |

I hereby certify that the Memorandum of Law in Support of Fleet Farm's Motion to Dismiss complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because: (1) it contains 8,565 words, excluding the parts of the Memorandum exempted by Local Rule 7.1(f)(1)(C); and (2) it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in a 13-point Times New Roman font in the text and footnotes.

CASE 0:24-cv-04135-LMP-JFD   Doc. 24-1   Filed 12/09/24   Page 2 of 2

- 2 -

Dated: December 9, 2024                     */s/ Andrew W. Davis*
                                            Andrew W. Davis

                                            **Attorney for Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC**