UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth Wiley and Kevin Wiley, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, Chassity Ashford, Sherron Ashford, Wayne Germond, Nicholas Guerrero, Danielle Hernandez, Charisma Kyles, Jordan Larson, Keeshara Perry, Paris Pollard, Latosha Skinner, Estan Tyler, Andrea Weathersby, Ernest Whitmore, and Kevaughn Wiley,<br><br>      Plaintiffs,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, Fleet Farm Wholesale Supply Co. LLC, and Truck Yard – SP LLC,<br><br>      Defendants. | Case No.: 0:24-cv-04135-LMP-JFD<br><br><br>**MEET AND CONFER STATEMENT REGARDING FLEET FARM'S MOTION TO DISMISS** |

     The undersigned counsel hereby certifies that counsel for Plaintiffs and counsel for Fleet Farm conferred by videoconference on December 5, 2024, regarding Fleet Farm's Motion to Dismiss. The parties were unable to resolve any part of the motion.

- 1 -

- 2 -

Dated:  December 9, 2024              /s/ Andrew W. Davis
                                      Todd A. Noteboom (#0240047)
                                      Andrew W. Davis (#0386634)
                                      Andrew P. Leiendecker (#0399107)
                                      Zachary J. Wright (#0402945)
                                      STINSON LLP
                                      50 South Sixth Street, Suite 2600
                                      Minneapolis, MN 55402
                                      (612) 335-1500
                                      todd.noteboom@stinson.com
                                      andrew.davis@stinson.com
                                      andrew.leiendecker@stinson.com
                                      zachary.wright@stinson.com

                                      ***Attorneys for Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC***