UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth Wiley and Kevin Wiley, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, Chassity Ashford, Sherron Ashford, Wayne Germond, Nicholas Guerrero, Danielle Hernandez, Charisma Kyles, Jordan Larson, Keeshara Perry, Paris Pollard, Latosha Skinner, Estan Tyler, Andrea Weathersby, Ernest Whitmore, and Kevaughn Wiley,<br><br>        Plaintiffs,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, Fleet Farm Wholesale Supply Co. LLC, and Truck Yard – SP LLC,<br><br>        Defendants. | Case No.: 0:24-cv-04135-LMP-JFD<br><br>**[PROPOSED]**<br>**ORDER GRANTING FLEET FARM'S MOTION TO DISMISS** |

This matter cam before the Court pursuant to Fed. R. Civ. P. 12(b)(6) and Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC's (together, "Fleet Farm") Motion to Dismiss.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Fleet Farm's Motion to Dismiss is **GRANTED** in its entirety; and

2. Plaintiffs' claims against Fleet Farm in the above-captioned action are hereby dismissed with prejudice, in their entirety, and without costs or disbursements to either party.

Dated: _____    _____
Hon. Laura M. Provinzino
United States District Court Judge