UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BETH WILEY and KEVIN WILEY, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, CHASSITY ASHFORD, SHERRON ASHFORD, WAYNE GERMOND, NICHOLAS GUERRERO, DANIELLE HERNANDEZ, CHARISMA KYLES, JORDAN LARSON, KEESHARA PERRY, PARIS POLLARD, LATOSHA SKINNER, ESTAN TYLER, ANDREA WEATHERSBY, ERNEST WHITMORE, and KEVAUGHN WILEY,<br><br>          Plaintiffs,<br><br>v.<br><br>FLEET FARM LLC, FLEET FARM GROUP LLC, FLEET FARM WHOLESALE SUPPLY CO. LLC, and TRUCK YARD – SP LLC,<br><br>          Defendants. | Case No. 24-cv-4135 (LMP/JFD)<br><br>**ORDER OF DISMISSAL OF CROSSCLAIM** |

This matter is before the Court on Defendant Truck Yard – SP, LLC's ("Truck Yard") Notice of Dismissal of Crossclaim Without Prejudice (ECF No. 57). **IT IS HEREBY ORDERED** that Truck Yard's crossclaim (ECF No. 53 at 6–7) against Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (collectively "Fleet Farm") is **DISMISSED WITHOUT PREJUDICE**. Truck Yard and Fleet Farm shall bear their own costs and fees.

Dated: October 6, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge