UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth Wiley and Kevin Wiley, Co-Trustees for the Next-of Kin of Marquisha Wiley, decedent, Chassity Ashford, Sherron Ashford, Wayne Germond, Nicholas Guerrero, Danielle Hernandez, Charisma Kyles, Jordan Larson, Keeshara Perry, Paris Pollard, Latosha Skinner, Estan Tyler, Andrea Weathersby, Ernest Whitmore, and Kevaughn Wiley,<br><br>        Plaintiffs,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, Fleet Farm Wholesale Supply Co. LLC, and Truck Yard – SP LLC,<br><br>        Defendants. | Case No.: 0:24-cv-04135-LMP-JFD<br><br>**ORDER ON PARTIES' STIPULATION REGARDING ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS** |

This matter is before the Court on the Parties' Stipulation for Order Regarding Production of Electronically Stored Information and Paper Documents ("ESI Protocol"). (Dkt. No. 73.)

The Court commends the parties for working cooperatively to prepare the Stipulation, but declines the parties' invitation to enter the resulting ESI Protocol as an order of the court, for the following reasons.

1. Like most ESI Protocols, the parties' draft of a court order is written by specialists in eDiscovery and is meant to be read by specialists in eDiscovery. The ESI Protocol reflects negotiation over technical issues and resolution of

those issues by technologically adept attorneys. While the Court has the general understanding of eDiscovery concepts and techniques that most litigation attorneys have, the Court is not, and does not hold itself out as, a specialist in eDiscovery.

2. The Court finds it inappropriate to enter a court order when the Court does not thoroughly understand each and every provision of that order.

3. The parties should consider the ESI Protocol to be an agreement between themselves which can be judicially enforced in case of a dispute over its proper interpretation. If such a dispute should arise the parties will brief that specific provision in detail to the Court, enabling the Court to make a fair decision on the dispute.

SO ORDERED.

Dated: February 9, 2026

    *s/ John F. Docherty*
    JOHN F. DOCHERTY
    United States Magistrate Judge